# United States Navy–Marine Corps Court of Criminal Appeals

Before
TANG, STEPHENS,[1] and ATTANASIO,
Appellate Military Judges

_____

### UNITED STATES
Appellee

**v.**

### Donismael G. FAUSTINO
Chief Aviation Structural Mechanic (E-7), U.S. Navy
Appellant

### No. 201900195

Decided: 30 April 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Jonathan T. Stephens

Sentence adjudged 27 March 2019 by a general court-martial convened at Naval Base, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 48 months, total forfeiture of all pay and allowances, and a dishonorable discharge.[2]

For Appellant
*Lieutenant Daniel E. Rosinski, JAG, USN*

_____

[1] Judge Stephens is unrelated to the trial military judge.

[2] As an act of clemency, the convening authority suspended the adjudged reduction to E-1 and the adjudged total forfeiture of all pay and allowances for a period of six months from the Entry of Judgment. The convening authority also waived automatic forfeiture of pay and allowances for a period of six months from the Entry of Judgment.

Opinion of the Court

For Appellee
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court